FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0713

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CASE NO. DA23-0713

IN RE THE MARRIAGE OF:

MATTHEW THOMAS BASQUE,

       Petitioner/Appellant

and

GINA ALICIA BASQUE,

       Respondent/Appellee

## ORDER RELIEVING FROM REQUIREMENT TO MEDIATE

Upon consideration of Respondent/Appellee's Motion to be Relieved from Requirement to Mediate, no objection by Appellant, and good cause appearing;

**IT IS HEREBY ORDERED** that that the parties are not required to mediate and the order appointing Kevin T. Sweeney is hereby vacated.

**DONE AND DATED** this _____ day of January, 2024.

_____
**Justice**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024